CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

BABAK TERMECHI (SBN: 318361)
bobby@termechilaw.com
TERMECHI EMPLOYMENT LAW GROUP
1901 Avenue of the Stars, Second Floor
Los Angeles, CA 90067
Telephone: (310) 974-3324
Attorneys for Defendant 2050 W MANCHESTER, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>2050 W MANCHESTER, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:20-CV-05460-SB-AGR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1

1  This stipulation is made as the matter has been resolved to the satisfaction of
2  all parties.
3
4
5  Dated: December 4, 2020        CENTER FOR DISABILITY ACCESS
6
7                                 By:   /s/Amanda Seabock
                                        Amanda Seabock
8                                       Attorney for Plaintiff
9
10 Dated: December 4, 2020        TERMECHI EMPLOYMENT LAW GROUP
11
12                                By:   /s/Babak Termechi
                                        Babak Termechi
13                                      Attorney for Defendant
                                        2050 W Manchester, LLC
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Babak Termechi, counsel for 2050 W Manchester, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: December 4, 2020    CENTER FOR DISABILITY ACCESS

    By:    /s/Amanda Seabock
           Amanda Seabock
           Attorney for Plaintiff